**FILED**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number:

Mohammad A. Ahmad  vs. Department Of Homeland Security

**08 C 490**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mohammad A. Ahmad

**JUDGE DOW**
**MAGISTRATE JUDGE COX**

| | |
|---|---|
| NAME (Type or print)<br>Reem Husni Odeh | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Reem H. Odeh | |
| FIRM<br>Brodsky & Odeh | |
| STREET ADDRESS<br>8 S. Michigan Ave, Suite 3200 | |
| CITY/STATE/ZIP<br>Chicago IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6279336 | TELEPHONE NUMBER<br>312-701-3000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐