

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Mohammad A. Ahmad

V.

Michael Chertoff as Director of the Department of Homeland Security

CASE NUMBER: **08 C 490**

ASSIGNED JUDGE: **JUDGE DOW**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

Michael Chertoff, Director of the Department of Homeland Security
US Immigration and Naturalization Service
10 W. Jackson Blvd
Chicago IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brodsky & Odeh
8 S. Michigan Ave
Suite 3200
Chicago IL 60603

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_/s/ Jacqueline Halliman_
(By) DEPUTY CLERK



January 23, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 01/24/08 |
| NAME OF SERVER (PRINT) Joel Brodsky | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): US Mail

FILED
JAN 28 2008
JAN 28 2008 ac
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-24-08
　　　　　　　Date　　　　　　　Signature of Server

Address of Server

BRODSKY & ODEH
EIGHT S. MICHIGAN AVE.,
SUITE 3200
CHICAGO, IL 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.