IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MOHAMMAD A. AHMAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 490 |
| | ) | |
| v. | ) | Judge Dow |
| | ) | |
| MICHAEL CHERTOFF, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT INITIAL STATUS REPORT**

1. The attorney for the plaintiff is Reem H. Odeh. The attorney for the defendants is Joan Laser, Assistant United States Attorney.

2. Jurisdiction lies under 28 U.S.C. § 1331.

3. This is an immigration case brought under 28 U.S.C. § 1447(b), alleging that the delay in a decision concerning plaintiff's citizenship is unlawful.

4. Service is not an issue.

5. The principal legal and factual issue is whether the asserted delay is unlawful or whether it has been unavoidable for security reasons.

6. No jury trial has been requested.

7. This case should be resolved shortly as is described below, and the parties suggest that the status set for March 20, 2008, be canceled and a new status be set in 60 days. Counsel for defendants has been informed that the FBI name check, the reason for the delay, has concluded. Plaintiff has been set for an update interview on March 20, 2008, after which a decision will be forthcoming concerning plaintiff's application for citizenship. Plaintiff will voluntarily dismiss this action when an adjudication is made, which will hopefully be before the 60 days requested for a next status. Should there be no order from the Court canceling the March 20 status, the parties will of course appear on that date.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:    s:/Joan Laser
       JOAN LASER
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 353-1857
       joan.laser@usdoj.gov


       /s/ Reem H. Odeh
       REEM H. ODEH
       Law Offices of Brodsky & Odeh
       8 S. Michigan, Suite 3200
       Chicago, Illinois 60603
       (312)701-3000
       reemodeh@sbcglobal.net