UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Mohammad A Ahmad
　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−00490
　　　　　　　　　　　　　　　　　　　　　Honorable Robert M. Dow Jr.

Michael Chertoff, et al.
　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 14, 2008:

　　　　MINUTE entry before Judge Robert M. Dow Jr.:Status hearing date of 3/20/08 is stricken and Status hearing reset for 5/21/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.