**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Mohammad A Ahmad
                        Plaintiff,

v.                                                 Case No.: 1:08−cv−00490
                                                        Honorable Robert M. Dow Jr.

Michael Chertoff, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: On Plaintiff's oral motion, the above−entitled action is hereby dismissed with prejudice, all matters in controversy having been settled. Status hearing date of 5/21/08 is stricken.Civil case terminated. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.